FILED
2006 Oct-24 PM 01:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CAREY EDWARD WINFIELD,            ) | |
|                                   ) | |
|     Plaintiff, ) | |
|                                   ) | |
| v.                                ) | 2:06-cv-01989-JEO |
|                                   ) | |
| UNITED STATES, et al.,            ) | |
|                                   ) | |
|     Defendants. ) | |

## MEMORANDUM OPINION

The plaintiff, Carey Edward Winfield, has filed a *pro se* complaint in this court pursuant to 42 U.S.C. § 1983.  He is an Alabama prison inmate incarcerated at the Donaldson Correctional Facility in Bessemer, Alabama, which is located in the Northern District of Alabama.  However, the individuals named as defendants are identified as wardens and officers of the Bullock County Correctional Facility in Union Springs, Alabama, which is in the Middle District.  Additionally, although his claims are extremely vague, the complaint alleges that the plaintiff was beaten by officers at the Bullock County facility in December of 2005.

It therefore appears that venue is not proper in the Northern District of Alabama.  A civil rights action may be brought only in the judicial district (1) where at least one of the defendants resides or (2) where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b).  *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973); *Daugherty v. Procunier*, 456 F.2d 97 (9th Cir. 1972).  In this instance, with the exception of the United States, the named defendants are located in the Middle District of Alabama and the

actions of which the plaintiff complains occurred in the Middle District. Accordingly, in the interest of justice, this action is due to be transferred to the United States District Court for the Middle District of Alabama. 28 U.S.C. § 1404(a). An order consistent with this court's findings will be entered.

    **DONE**, this the 24th day of October, 2006.

                                           */s/ John E. Ott*

                                          **JOHN E. OTT**
                                          United States Magistrate Judge